JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WEXLER, PH.D., AS AN INDIVIDUAL,<br><br>        Plaintiff,<br><br>   v.<br><br>TIME WARNER CABLE INC.; VERIZON CALIFORNIA INC.; AND DOES 1 THROUGH 8, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 12-01499 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: November 16, 2012

                                          VIRGINIA A. PHILLIPS
                               United States District Judge